UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS LONG, et al.,, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:07-CV-413 (JCH) |
| | ) |
| MERCK & CO., INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## MEMORANDUM AND ORDER

The matter is before the Court on Defendant Merck & Co., Inc.'s ("Merck") Motion to Stay all Proceedings (Doc. No. 6), filed March 2, 2007. Plaintiffs have failed to file a response.

This action concerns the prescription drug Vioxx, which Defendant Merck manufacturers. Merck withdrew Vioxx from the market after discovering that it increases the risk of cardiovascular problems. (Notice of Removal, Doc. No. 1 Ex. 1). Plaintiffs allege that Vioxx caused or contributed to their health problems. (Id.). On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("MDL Panel")ordered that Vioxx products liability claims shall be transferred to the Eastern District of Louisiana for coordinated and consolidated pretrial proceedings. In re Vioxx Prods. Liab. Litig., 360 F. Supp. 2d 1352 (J.P.M.L. 2005). Merck has provided the MDL panel with the proper notice. (Mot. to Stay, Doc. No. 6). In other Vioxx actions, this District has repeatedly stayed proceedings pending transfer to promote judicial economy and prevent prejudice to Merck. See, e.g. McBridge v. Merck & Co., Inc., No. 4:05-cv-878 ERW (E.D. Mo. June 21, 2005); (Mot. to Stay, Doc. No. 6 pg. 3. n. 1). The Court sees no reason to deviate from these decisions and will stay the case. (Mot. to Stay, Doc. No. 6 pg. 3 n. 1).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **STAYED**.

Dated this 9th day of April, 2007.

                                                 /s/ Jean C. Hamilton
                                               UNITED STATES DISTRICT JUDGE